1  Patrick R. Kitchin, Esq., SB #162965
   **Law Office of Patrick R. Kitchin**
2  807 Montgomery Street
   San Francisco, CA 94133
3  Phone: (415) 627-9117

4  Daniel L. Feder, Esq., SB #130867
   **The Law Offices of Daniel L. Feder**
5  807 Montgomery Street
   San Francisco, CA 94133
6  Phone: (415) 391-9476

7  Joseph Fogel, Esq.
   Richard Levy, Esq.
8  Tonita Helton, Esq.
   **Freeborn & Peters**
9  311 South Wacker Drive, Ste. 3000
   Chicago, IL 60606-6677

**Attorneys for Plaintiff TONI YOUNG**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POLO RETAIL, LLC, a Delaware Corporation; and POLO RALPH LAUREN CORPORATION, a Delaware Corporation,<br>Defendant | Case No.: C 02-4546<br><br>[~~PROPOSED~~] **ORDER AMENDING FIRST AMENDED COMPLAINT**<br><br>Hon. Vaughn Walker |

The Plaintiff Class, Defendants Polo Retail, LLC, Polo Ralph Lauren Corporation (hereinafter referred to collectively as "Polo Defendants"), Fashions Outlet of America, Inc. (hereinafter referred to as "Fashions Outlet"), and Ralph Lauren Footwear (hereinafter referred to as "Footwear"), real parties in interest, have entered into a Stipulation for Order Amending the

[Proposed] Order Amending First Amended Complaint - 1

First Amended Complaint in order to better carry out the terms and conditions of the Settlement, and to clarify the Court's jurisdiction to adjudicate all of the claims of all of the class members.

**IT IS HEREBY ORDERED THAT:**

1) The following Plaintiffs are added to the First Amended Complaint:

- Roy Esteen
- Raeshon Graham
- Janika Goff

2) The following Defendants added to the First Amended Complaint

- Ralph Lauren Footwear, Inc.
- Fashions Outlet of America, Inc.

In the event that the settlement agreed upon by the parties is not approved of by the Court, the parties referenced in paragraphs 1 and 2 above shall be dismissed from this action without prejudice.

**IT IS SO ORDERED.**

**Dated:** _____, 2005

APPROVED
Judge Vaughn R Walker

_____
**JUDGE OF THE UNITED STATES DISTRICT COURT**

Dated: January 31, 2006

[Proposed] Order Amending First Amended Complaint - 2