IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI YOUNG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v<br><br>POLO RETAIL, LLC, et al,<br><br>      Defendants.<br>_____/ | No   C-02-4546 VRW<br><br>ORDER |

      On June 29, 2006, the court will hear argument on plaintiffs' motion for preliminary approval of the class action settlement in this case.  It is appropriate to resolve any issues surrounding the fee award before notice is sent to the class so the class can be apprised of the net recovery it can expect to receive. Accordingly, the parties should be prepared to discuss at the hearing counsel's proposed fee award in accordance with the principles set forth in <u>In re HPL Sec, Inc Litig</u>, 366 F Supp 2d 912 (ND Cal 2005) (Walker).

      IT IS SO ORDERED.

                                    VAUGHN R WALKER
                                    United States District Chief Judge