**United States District Court**
For the Northern District of California

1
2
3              IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6    TONI YOUNG, individually and on        No   C-02-4546 VRW
     behalf of all others similarly
7    situated,                              ORDER
8              Plaintiffs,
9              v
10   POLO RETAIL, LLC, et al,
11             Defendants.
     _____/
12
13        Defendants have filed a letter indicating that their
14   primary counsel for this case, Mary Guilfoyle, is out of town and
15   is unreachable until she returns from a prescheduled family
16   vacation on July 31, 2006.  Doc #143.  The court had requested in a
17   previous order that any further submissions in support of the
18   proposed settlement in this case should be filed by July 31, 2006.
19   Doc #141.  In light of Ms Guilfoyle's absence, the court GRANTS
20   defendants a short extension.  The additional submissions, if any,
21   should be filed no later than August 7, 2006, at 12:00 PM.
22
23        IT IS SO ORDERED.
24
25        _____
26        VAUGHN R WALKER
27        United States District Chief Judge
28