IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI YOUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v<br><br>POLO RETAIL, LLC, et al,<br><br>    Defendants. | No   C-02-4546 VRW<br><br>ORDER |

In order to evaluate the pending motion for final approval of the proposed settlement and award of attorney fees and expenses, Doc #150, the court ORDERS plaintiff's counsel on or before March 10, 2007, to submit a memorandum describing (1) the number and percentage of class members who have submitted claim forms and (2) the total payout those class members will receive.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge